1  | LEWIS ROMERO, CSBN, 197231
2  | PAUL ALAGA, CSBN, 221165
   | 885 Bryant Street, Suite 202
3  | San Francisco, California 94103
   | 415-581-0885 Tel.
4  | 415-581-0887 Fax.
5  | Attorneys for Plaintiffs

6  | UNITED STATES DISTRICT COURT

7  | FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  | FRANCISCO MORENO, MARIA GOVEA,        Case No.  C05-4752 MMC
10 | MAURICIO MORENO, and NANCY MORENO,

11 |                 Plaintiffs,           STIPULATION AND [PROPOSED] ORDER
   |                                       EXTENDING DEADLINE FOR ADDING
12 |     vs.                               ADDITIONAL DEFENDANTS

13 | CITY AND COUNTY OF SAN FRANCISCO,     Date Action Filed:  November 18, 2005
   | a municipal corporation; HEATHER FONG, in
14 | her capacity as Chief of Police for the CITY   Trial Date:         July 9, 2007
   | AND COUNTY OF SAN FRANCISCO; and,
15 | San Francisco police officers DOES 1-25,
16 | inclusive,

17 |                 Defendants.
18 | _____/

19

20       On February 24, 2006 this Court ordered that the deadline for adding additional defendants to

the complaint is April 28, 2006.  Since that time, the parties have been exploring settlement.  In the

interest of settlement negotiations, both parties now jointly request that the date set for the deadline to

add additional defendants be extended to May 26, 2006.  Both parties believe that the additional time

provided by this brief continuance will facilitate meaningful settlement negotiations.

Dated:  April 28, 2006

                                            _____
                                            Paul Alaga,
                                            Attorney for Plaintiffs

1  Dated:  April 28, 2006

2

3                                            Robert Bonta,
                                             Attorney for Defendants
4

5  IT IS SO ORDERED

6  Dated:  May 9, 2006

7                                            Maxine Chesney
                                             United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28