DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #202668
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4268
Facsimile:      (415) 554-3837
E-Mail:          robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND
S.F.P.D. POLICE CHIEF HEATHER FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MORENO, MARIA GOVEA, MAURICIO MORENO, AND NANCY MORENO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION; HEATHER FONG, IN HER CAPACITY AS CHIEF OF POLICE FOR THE CITY AND COUNTY OF SAN FRANCISCO; AND, SAN FRANCISCO POLICE OFFICERS DOES 1-25, INCLUSIVE,<br><br>Defendants. | Case No. C05-4752 MMC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR ADDING ADDITIONAL DEFENDANTS & FOR MEDIATION**<br><br>Date Action Filed:   November 18, 2005<br>Trial Date:              July 9, 2007 |

On May 9, 2006, the Court extended the deadline for adding additional defendants to the complaint from April 28, 2006 to May 26, 2006.

On May 17, 2006 counsel for the parties conducted a telephonic conference with Mediator Stephen Schirle.  During that conference, based on counsels' schedules, a mediation was set for Wednesday, August 9, 2006 beginning at 9:30 a.m.  In the interest of facilitating a productive

1  mediation session, the parties jointly request that the deadline for adding additional defendants to the
2  complaint be further extended to August 23, 2006.
3      The parties also jointly request leave to extend the mediation deadline from May 25, 2006 to
4  August 9, 2006.  Pursuant to ADR Local Rule 6-4(b), " [u]nless otherwise ordered, the mediation
5  must be held within 90 days after the entry of the order referring the case to mediation."  The Court
6  referred this case to mediation on February 24, 2006.  Given that trial in this matter is not scheduled
7  until July 9, 2007, the parties do not anticipate that this brief continuance of the mediation deadline
8  will pose a problem.

Dated:  May 22, 2006

                  _____/s/_____
                  Robert Bonta,
                  Attorney for Defendants

Dated:  May 22, 2006

                  _____/s/_____
                  Paul Alaga,
                  Attorney for Plaintiffs

**IT IS SO ORDERED**.

Dated: May 23, 2006

                  _____
                  Maxine Chesney
                  United States District Judge