1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #202668
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4268
6  Facsimile:     (415) 554-3837
   E-Mail:        robert.bonta@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO AND
9  S.F.P.D. POLICE CHIEF HEATHER FONG

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13  FRANCISCO MORENO, MARIA            Case No. C05-4752 MMC
    GOVEA, MAURICIO MORENO, AND
    NANCY MORENO,                      **PARTIES' JOINT ADMINISTRATIVE**
14                                     **REQUEST AND STIPULATION FOR**
                                       **45-DAY CONTINUANCE OF**
15              Plaintiffs,            **DISCOVERY CUTOFF** AND ORDER THEREON

16         vs.

17  CITY AND COUNTY OF SAN             Date Action Filed:    November 18, 2005
    FRANCISCO, A MUNICIPAL            Trial Date:           July 9, 2007
    CORPORATION; HEATHER FONG, IN
18  HER CAPACITY AS CHIEF OF
    POLICE FOR THE CITY AND
19  COUNTY OF SAN FRANCISCO; AND,
    SAN FRANCISCO POLICE OFFICERS
20  DOES 1-25, INCLUSIVE,

21              Defendants.

22

23         The parties, by and through their respective attorneys, submit this stipulated request to amend

24  the pretrial order in this matter, pursuant to Civil L.R. 6-1(b), and 6-2, as follows:

25  **Reasons for change (L.R. 6-2(a)(1))**:

26         Counsel for the parties have been meeting and conferring since January 5, 2007 in an effort to

27  resolve this matter.  The issues and terms of the proposed settlement are somewhat complex and

28  require the input of various individuals, departments, boards and other bodies.

Parties' Admin. Req. & Stip. for 45-Day Contin. of Disc.        1              n:\lit\li2005\060593\00002329.doc
Cutoff  USDC C05-4752 MMC

1    In order to continue good-faith efforts to resolve this case, the parties respectfully request that

2    the current non-expert discovery cut-off of January 26, 2007 be continued forty-five days (45-days),

3    or until March 2, 2007.

4    The Court's current pretrial order provides that the non-expert discovery cut-off is January 26,

5    2007; expert disclosures are due on February 16, 2007; rebuttal expert disclosures are due on March

6    2, 2007; the expert discovery cutoff is on March 23, 2007; dispositive motions must be filed by April

7    6, 2007 and heard by May 11, 2007; a case management conference will take place on April 27,

8    2007; a pretrial conference will take place on June 26, 2007; and trial will commence on July 9, 2007.

9    The parties propose that the pretrial conference and trial dates be taken off calendar and that each of

10   the other dates—with the exception of the case management conference scheduled for April 27,

11   2007—be continued forty-five days and that new pretrial conference and trial dates be set, if

12   necessary, at the April 27, 2007 case management conference.

13   Counsel for all parties have met and conferred and jointly propose the dates set forth below.

14   **No previous modifications to the schedule have been requested (L.R. 6-2(a)(2))**:  The

15   parties have not previously requested modification of the Court's pretrial order.

16   **Effect on case schedule (L.R. 6-2(a)(3)**):  Pursuant to the proposed stipulation, the pretrial

17   conference and trial dates would be temporarily taken off calendar until the April 27, 2007 case

18   management conference and all other dates—with the exception of the April 27, 2007 case

19   management conference—would be continued forty-five (45) days, consistent with the continuance of

20   the non-expert discovery cutoff date.

21   The parties stipulate and agree to the following dates:

22   | Non-Expert Discovery Cutoff | March 2, 2007 |

23   | Expert disclosures due | April 2, 2007 |

24   | Rebuttal expert disclosures due | April 16, 2007 |

25   | Case management conference (at which time a pretrial conference and trial date will be set) | April 27, 2007 |

26

27   | Expert discovery cutoff | May 7, 2007 |

28   | Dispositive motions filing deadline | May 25, 2007 |

Parties' Admin. Req. & Stip. for 45-Day Contin. of Disc.
Cutoff  USDC C05-4752 MMC

2

n:\lit\li2005\060593\00002329.doc

1              Dispositive motions hearing deadline        June 29, 2007

2

3 So stipulated:

4

5 DATED:  January 17, 2007            DENNIS HERRERA
                                          City Attorney

6

7                                      /s/_____
                                     ROBERT A. BONTA

8                                      Attorneys for Defendants

9

10 DATED:  January 17, 2006            LEWIS ROMERO, ESQ.
                                          PAUL ALAGA, ESQ.

11

12                                      /s/_____

13                                      LEWIS ROMERO
                                     Attorneys for Plaintiffs

14

15                                  **ORDER**

16      Good cause appearing, the stipulation is so ordered.  Non-expert discovery and other case

17 management dates are continued pursuant to the parties' stipulation.  A case management conference
                                    as initially set.

18 will take place on April 27, 2007, ~~at which time new pretrial conference and trial dates will be set~~.

19

20 PURSUANT TO STIPULATION, IT IS SO ORDERED~~.~~, with the exception that the pretrial conference and
trial dates are continued to August 7, 2007 and August 20, 2007, respectively.

21

22 Dated:  January 25, 2007                          _____
                                   The Honorable Maxine M. Chesney

23                                      U.S. District Court Judge

24

25

26

27

28