**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MORENO, et al., | No. C-05-4752 MMC |
| Plaintiffs, | **ORDER VACATING EXISTING DEADLINES AND DATES; DIRECTING PARTIES TO FILE STATUS REPORT** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants | |

    Before the Court is plaintiffs' Notice of Pending Settlement, filed April 10, 2007.

    In light of such pendency, and at the parties' request, the Court hereby VACATES all existing deadlines and dates, including the April 27, 2007 case management conference and the August 20, 2007 trial date.

    The parties are hereby DIRECTED to file a joint status report no later than July 20, 2007, if, prior to said date, plaintiffs have not filed a dismissal.

    **IT IS SO ORDERED.**

Dated: April 12, 2007

MAXINE M. CHESNEY
United States District Judge