UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MORENO, MARIA GOVEA, MAURICIO MORENO, and NANCY MORENO,<br><br>                      Plaintiffs,<br>vs.<br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>                      Defendants.<br>_____/ | Case No. C 05-4752<br><br>[PROPOSED] ORDER APPOINTING GUARDIAN AD LITEMS FOR MINORS AND APPROVING MINORS' COMPROMISE |

**ORDER**

      **PURSUANT TO PLAINTIFFS' PETITION**, the Court hereby grants Plaintiffs' Petition according to the terms of the petition herein:

      MARIA GOVEA is hereby appointed the Guardian Ad Litem to prosecute the claims of Minor Plaintiffs MAURICIO MORENO and NANCY MORENO in this action.

PLAINTIFFS' PETITION AND [PROPOSED] ORDER FOR     5
APPOINTMENT OF GUARDIAN AD LITEM AND APPROVAL OF MINORS' COMPROMISE
*Moreno v. City and County of San Francisco, et al.* Case No. C 05 4752 MMC -

The Court hereby approves the Petition to Compromise the Minors' claims, and orders as follows:

(1) a. Minor Plaintiff MAURICIO MORENO shall receive $41,000.00 in settlement. Attorney fees from this settlement shall be at 25% of the total recovery, or $10,250.00. After deduction of costs minor Plaintiff MAURICIO MORENO shall receive a net settlement of $29,310.55, to be deposited in an interest-bearing blocked trust account.

b. Minor Plaintiff NANCY MORENO, shall receive $41,000.00 in settlement. Attorney fees from this settlement shall be at 25% of the total recovery, or $10,250.00. Minor Plaintiff NANCY MORENO shall receive a net settlement of $29,310.55 to be deposited in an interest-bearing blocked trust account.

Plaintiffs FRANCISCO MORENO and MARIA GOVEA shall split the remaining balance of the settlement as follows:

a. Plaintiff FRANCISCO MORENO shall receive $10,000.00 in settlement. Attorney fees from this settlement shall be at 25% of the total recovery, or $2,500.00. After deduction of costs, Plaintiff FRANCISCO MORENO shall receive a net settlement of $6314.25.

b. Plaintiff MARIA GOVEA shall receive $20,000.00 in settlement. Attorney fees from this settlement shall be at 25% of the total recovery, or $5,000.00. After deduction of costs, Plaintiff MARIA GOVEA shall receive a net settlement of $13,562.55.

(2) Within forty-eight (48) hours after receiving the checks or drafts mentioned in Paragraph (1) the above portion of the settlement award allocated to each minor is to be deposited in a blocked account at a commercial or savings bank in the name of Petitioner as trustee for said minors, and is not to be withdrawn without first obtaining an Order of the Court. Any draft of

withdrawal is to show such endorsement. Bond is hereby waived. A copy of this Order shall be delivered to payer forthwith. Attorney fees are not due or payable until such time as the balances of the funds for minors have been deposited pursuant to this Order.

      (3)    Upon receipt of the full amount of the settlement sum herein approved and the deposit of the funds, Petitioner is hereby authorized and directed to execute and deliver to payer and defendants CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO, if Petitioner has not yet done so at that time, a full, complete, and final Release and discharge of and from any and all claims and demands of said minors by reason of the incident described in said Petition and the resulting injuries and damages to said minors.

Dated: July 2, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

PLAINTIFFS' PETITION AND [PROPOSED] ORDER FOR    7
APPOINTMENT OF GUARDIAN AD LITEM AND APPROVAL OF MINORS' COMPROMISE
*Moreno v. City and County of San Francisco, et al.* Case No. C 05 4752 MMC -