1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO MORENO, et al.,

       Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

       Defendants

_____/

No. C-05-4752 MMC

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

On April 10, 2007, plaintiffs filed a Notice of Pending Settlement.  By order filed April 12, 2007, the Court directed the parties to file a Joint Status Report no later than July 20, 2007, in the event plaintiffs had not filed a dismissal by said date.

On July 20, 2007, the parties filed a Joint Status Report, by which the parties informed the Court that the proposed settlement must be approved by the San Francisco Board of Supervisors, and that said Board was scheduled to consider the matter between July 26, 2007 and August 14, 2007.  To date, plaintiffs have not filed a notice of dismissal or otherwise advised the Court as to the Board's determination.

Accordingly, the Court hereby schedules a Case Management Conference for September 28, 2007, at 10:30 a.m.  The parties shall file a Joint Case Management Statement no later than September 21, 2007, in which the parties shall, inter alia, address

1    whether the Court should enter a dismissal conditioned on compliance with the terms of the

2    settlement.

3         **IT IS SO ORDERED.**

4

5    Dated:  September 4, 2007

                                                          _____
6                                                         MAXINE M. CHESNEY
                                                          United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2