LEWIS ROMERO, ESQ., State Bar # 197231
PAUL ALAGA, ESQ., State Bar # 221165
LAW OFFICES OF LEWIS ROMERO
885 Bryant Street, Suite 202
San Francisco, CA  94103
Telephone:   415-581-0885
Facsimile:    415-581-0887

Attorneys for Plaintiffs
FRANCISCO MORENO, MARIA GOVEA
MAURICIO MORENO, AND NANCY MORENO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MORENO, MARIA GOVEA, MAURICIO MORENO, AND NANCY MORENO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION; HEATHER FONG, IN HER CAPACITY AS CHIEF OF POLICE FOR THE CITY AND COUNTY OF SAN FRANCISCO; AND, SAN FRANCISCO POLICE OFFICERS DOES 1-25, INCLUSIVE,<br><br>Defendants. | Case No. C05-4752 MMC<br><br>REQUEST FOR DISMISSAL; ~~PROPOSED~~ ORDER OF DISMISSAL<br><br><br>Date Action Filed:      November 18, 2005 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

| | |
|---|---|
| 1  Dated: 2/10/2007 | LAW OFFICE OF LEWIS ROMERO |
| 2 | |
| 3 | By: _____ |
| 4 | LEWIS ROMERO, ESQ.<br>PAUL ALAGA, ESQ. |
| 5 | Attorneys for Plaintiffs |
| 6 | FRANCISCO MORENO, MARIA GOVEA<br>MAURICIO MORENO, AND NANCY MORENO |
| 7 | |
| 8 | |
| 9  Dated: 9-7-07 | DENNIS J. HERRERA |
| 10 | City Attorney<br>JOANNE HOEPER |
| 11 | ROBERT A. BONTA<br>Deputy City Attorneys |
| 12 | |
| 13 | By: _____ |
| 14 | ROBERT A. BONTA, ESQ. |
| 15 | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO AND |
| 16 | S.F.P.D. POLICE CHIEF HEATHER FONG |
| 17 | |
| 18 | **ORDER** |
| 19  **IT IS SO ORDERED.** | |
| 20 | |
| 21  Dated: September 24, 2007 | |
| 22 | |
| 23 | _____ |
| 24 | MAXINE CHESNEY<br>UNITED STATES DISTRICT COURT JUDGE |